## New York Marine Court.

Special Term—December, 1882.

## THOMAS GREEN *against* MINNIE STERN.

Attachment of moneys in bank.—Motion to compel bank to pay over.—A person in whose hands moneys have been attached cannot be compelled, upon a mere motion, to pay over. The remedy is by action or by supplementary proceedings.

Motion to compel the Bank for Savings to pay over moneys of the defendant, levied on by the sheriff under attachment against property.

*Abram Kling*, for the motion.

*Strong & Caldwalader*, opposed.

McAdam, J.—As the Bank for Savings refuses to pay over to the sheriff the moneys of the defendants attached, in its possession, the plaintiff cannot compel such payment upon mere application by motion, but must either (1) bring an action against the bank in the joint names of the plaintiff and the sheriff (*Code*, §§ 677, 678; 33 *Barb.* 123; 57 *Id.* 33), or (2) examine the officers of the bank, upon the ground that it has money on deposit belonging to the judgment debtor (*Code*, § 2441), and the court may, upon the conclusion of the examination, direct so much of the money on deposit to be paid over to the sheriff as may be necessary to satisfy the judgment (*Code*, § 2447).

The present application must be denied, but without costs.